## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| DARREN RAY SANDEFUR, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:23-cv-00063-SEP |
| MISSOURI DEPARTMENT OF CORRECTIONS et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED** that Plaintiff's claims against the Missouri Department of Corrections are **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(iii) as barred by sovereign immunity under the Eleventh Amendment.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Trevor Foley and Daniel Redington are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that, to the extent Plaintiff intended to assert any claims against Defendant Austin beyond those expressly identified in the accompanying Memorandum and Order, such claims are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

Dated this 19th day of August, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE